# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CANNAVEST CORP.,<br><br>　　　　　　Defendant. | Case No. 2:17-cv-01681-APG-PAL<br><br>**ORDER FOR STATUS REPORT** |

IT IS ORDERED that on or before March 2, 2018, the parties shall file a status report regarding the tentative settlement of this action. If the parties file a stipulation to dismiss before that date, no status report is required.

DATED this 15th day of February, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE