DAVID J. VAN HAVERMAAT (Cal. Bar No. 175761)
Email: vanhavermaatd@sec.gov
JENNIFER T. CALABRESE (Cal. Bar No. 247976)
Email: calabresej@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 South Flower Street, 9th Floor
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>    vs.<br><br>CANNAVEST CORP. a/k/a/ CV SCIENCES, INC. and MICHAEL J. MONA, JR.,<br><br>            Defendants. | Case No. CV-17-1681-APG-PAL<br><br>**STATUS REPORT RE: SETTLEMENT** |

Pursuant to the Court's Order for Status Report (Dkt. No. 28), plaintiff Securities and Exchange Commission ("SEC") and Defendants CannaVest Corp. ("CannaVest") and Michael J. Mona, Jr. ("Mona") submit the following status report regarding the tentative settlement of this action.

In December 2017, plaintiff SEC and defendants CannaVest and Mona reached a tentative resolution of this action. Counsel for CannaVest and Mona provided the executed consents to entry of final judgment in January 2018.

1 The settlements are tentative because the SEC Commissioners in Washington D.C. have the final authority to approve the settlement proposals.  The approval process typically takes several weeks, and the SEC staff has been working diligently to obtain the necessary approvals.  The SEC staff anticipates that the Commissioners will consider the settlement proposals at a closed meeting of the Commission in late March or early April.  The SEC staff will continue to make every effort to expedite the resolution of this action.

DATED: March 2, 2018         /s/ *David Van Havermaat*
                             David J. Van Havermaat
                             Attorney for Plaintiff
                             Securities and Exchange Commission

DATED: March 2, 2018         /s/ *S. Todd Neal*
                             S. Todd Neal
                             Attorney for Defendants CannaVest
                             Corp. and Michael J. Mona, Jr.

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On March 2, 2018, I caused to be served the document entitled **STATUS REPORT RE: SETTLEMENT** on all the parties to this action addressed as stated on the attached service list:

☐ **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐ **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐ **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐ **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐ **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐ **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒ **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐ **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 2, 2018

_____
Ramy Kassabgui

Case No. 2:17-cv-01681-APG-PAL

*SEC v. CANNAVEST CORP. a/k/a CV SCIENCES, INC.*
*and MICHAEL J. MONA, JR.*
**United States District Court—District of Nevada**
**Case No. 2:17-cv-01681-APG-PAL**

## SERVICE LIST

S. Todd Neal, Esq.
Alex G. Brizolis, Esq.
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101

Terry A. Coffing, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145

*Attorneys for Defendants CannaVEST Corp. a/k/a CV Sciences, Inc. and Michael J. Mona, Jr.*