DAVID J. VAN HAVERMAAT (Cal. Bar No. 175761)
Email: vanhavermaatd@sec.gov
JENNIFER T. CALABRESE (Cal. Bar No. 247976)
Email: calabresej@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 South Flower Street, 9th Floor
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CANNAVEST CORP. a/k/a/ CV SCIENCES, INC. and MICHAEL J. MONA, JR.,<br><br>　　　　Defendants. | Case No. CV-17-01681-APG-PAL<br><br>**JOINT MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANTS CANNAVEST CORP. AND MICHAEL J. MONA, JR. TO CONTINUE PRETRIAL DATES** |

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") and defendants CannaVEST Corp. a/k/a/ CV Sciences, Inc. ("CannaVest") and Michael J. Mona, Jr. ("Mona"), by and through their undersigned counsel, jointly move as follows:

On October 31, 2017, the Court entered an order that , among other things, set April 18, 2018 as the last date to file the joint pretrial order in this action. (Dkt. No. 24). The parties have now reached a tentative settlement with regard to the SEC's claims against CannaVest and Mona. The settlement is tentative because only the SEC Commissioners in Washington D.C. have the final authority to approve the settlement proposal. The approval process typically takes several weeks, and the SEC staff has been attempting diligently to obtain final consideration for the settlement with CannaVest and Mona. Final consideration of the tentative settlement with CannaVest and Mona has taken longer than usual, however, and the SEC staff expects that the SEC Commissioners will consider the tentative settlement within 30 days of the date of this joint motion.

In light of the tentative settlement between the SEC and CannaVest and Mona, the parties respectfully request that the date to file the final pretrial conference order be continued for 30 days, until May 18, 2018, to provide time for the SEC Commissioners to consider the tentative settlement. The parties have not previously requested continuance of any pretrial dates in this action. The SEC staff will notify the Court immediately if it appears that final consideration of the tentative settlement will not take place within 30 days of this motion.

///
///
///
///
///
///
///

Dated: May 1, 2018

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Case No. 2:17-cv-01681-APG-PAL

| | | |
|---|---|---|
| 1 | DATED: April 18, 2018 | /s/ David J. Van Havermaat |
| 2 | | David J. Van Havermaat |
| 3 | | Attorney for Plaintiff |
| | | Securities and Exchange Commission |
| 4 | | |
| 5 | DATED: April 18, 2018 | /s/ S. Todd Neal |
| 6 | | S. Todd Neal |
| 7 | | Attorney for Defendants |
| | | CannaVEST Corp. and |
| 8 | | Michael J. Mona, Jr. |

**IT IS SO ORDERED.**

Dated: _____

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE

I am over the age of 18 years and not a party to this action. My business address is:

  U.S. SECURITIES AND EXCHANGE COMMISSION,
  444 S. Flower Street, Suite 900, Los Angeles, California 90071
  Telephone No. (323) 965-3998; Facsimile No. (213) 443-1904.

On April 18, 2018, I caused to be served the document entitled **JOINT MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANTS CANNAVEST CORP. AND MICHAEL J. MONA, JR. TO CONTINUE PRETRIAL DATES** on all the parties to this action addressed as stated on the attached service list:

☐  **OFFICE MAIL:** By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices. I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐  **PERSONAL DEPOSIT IN MAIL:** By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service. Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class postage thereon fully prepaid.

☐  **EXPRESS U.S. MAIL:** Each such envelope was deposited in a facility regularly maintained at the U.S. Postal Service for receipt of Express Mail at Los Angeles, California, with Express Mail postage paid.

☐  **HAND DELIVERY:** I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐  **UNITED PARCEL SERVICE:** By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐  **ELECTRONIC MAIL:** By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒  **E-FILING:** By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐  **FAX:** By transmitting the document by facsimile transmission. The transmission was reported as complete and without error.

  I declare under penalty of perjury that the foregoing is true and correct.

Date: April 18, 2018          */s/ Ramy Kassabgui*
                 Ramy Kassabgui

*SEC v. CANNAVEST CORP. a/k/a CV SCIENCES, INC.
and MICHAEL J. MONA, JR.*
United States District Court—District of Nevada
Case No. 2:17-cv-01681-APG-PAL

**SERVICE LIST**

S. Todd Neal, Esq.
Alex G. Brizolis, Esq.
PROCOPIO, CORY, HARGREAVES & SAVITCH LLP
525 B Street, Suite 2200
San Diego, CA 92101

Terry A. Coffing, Esq.
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, NV 89145

*Attorneys for Defendants CannaVEST Corp. a/k/a CV Sciences, Inc. and Michael J. Mona, Jr.*