DAVID J. VAN HAVERMAAT (Cal. Bar No. 175761)
Email: vanhavermaatd@sec.gov
JENNIFER T. CALABRESE (Cal. Bar No. 247976)
Email: calabresej@sec.gov

Attorneys for Plaintiff
Securities and Exchange Commission
Michele Wein Layne, Regional Director
Alka Patel, Associate Regional Director
Amy J. Longo, Regional Trial Counsel
444 South Flower Street, 9th Floor
Los Angeles, California 90071
Telephone: (323) 965-3998
Facsimile: (213) 443-1904

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>CANNAVEST CORP. a/k/a/ CV SCIENCES, INC. and MICHAEL J. MONA, JR.,<br><br>Defendants. | Case No. CV-17-01681-APG-PAL<br><br>**SECOND JOINT MOTION BY PLAINTIFF SECURITIES AND EXCHANGE COMMISSION AND DEFENDANTS CANNAVEST CORP. AND MICHAEL J. MONA, JR. TO CONTINUE PRETRIAL DATES**<br><br>**ORDER** |

Plaintiff Securities and Exchange Commission ("SEC" or "Commission") and defendants CannaVEST Corp. a/k/a/ CV Sciences, Inc. ("CannaVest") and Michael J. Mona, Jr. ("Mona"), by and through their undersigned counsel, jointly move as follows:

On October 31, 2017, the Court entered an order that , among other things, set April 18, 2018 as the last date to file the joint pretrial order in this action. (Dkt. No. 24). The parties have reached a tentative settlement with regard to the SEC's claims against CannaVest and Mona. The settlement is tentative because only the SEC Commissioners in Washington D.C. have the final authority to approve the settlement proposal. The approval process typically takes several weeks. On April 18, 2018, the SEC staff informed the Court that final consideration of the tentative settlement with CannaVest and Mona has taken longer than usual, but that it was expected that the SEC Commissioners would consider the tentative settlement within 30 days. The parties, at the SEC's request, therefore requested that the deadline for filing the final pretrial conference order be continued from April 18, 2018 to May 18, 2018. Due to unforeseen circumstances, the date for consideration by the SEC Commissioners has again been delayed slightly, and the SEC staff now expects that the Commissioners will consider the matter by May 31, 2018.

The parties therefore respectfully request that the deadline to file the final pretrial conference order be continued until June 1, 2018, so that the SEC Commissioners may consider the tentative settlement. The SEC staff has been attempting diligently to obtain final consideration for the settlement with CannaVest and Mona, and apologizes for the unexpected delay. The SEC staff will notify the Court immediately if it appears that final consideration of the tentative settlement will not take place by May 31, 2018.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: May 17, 2018.

DATED: May 16, 2018        */s/ David J. Van Havermaat*

                                           David J. Van Havermaat
                                           Attorney for Plaintiff
                                           Securities and Exchange Commission

DATED: May 16, 2018        */s/ S. Todd Neal*

                                           S. Todd Neal
                                           Attorney for Defendants
                                           CannaVEST Corp. and
                                           Michael J. Mona, Jr.

**IT IS SO ORDERED.**

Dated: _____

                                           _____
                                           HON. ANDREW P. GORDON
                                           UNITED STATES DISTRICT JUDGE